# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL RICHARD BETTENCOURT,<br><br>      Defendant. | 3:22-CR-066-MMD-CLB<br><br>**Final Order of Forfeiture** |

       The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Michael Richard Bettencourt to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Michael Richard Bettencourt pled guilty. Criminal Indictment, ECF No. 1; Memorandum in Support of Plea, ECF No. 21; Change of Plea, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 25.

       This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

       This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 13, 2023, through August 11, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 26-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 27.

On August 3, 2023, the United States Attorney's Office served Tracie Bettencourt / Tracie Sawyer Bettencourt on Richard Springs Blvd. with copies of the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-14

On August 3, 2023, the United States Attorney's Office served Tracie Bettencourt / Tracie Sawyer Bettencourt on Morro Ave. with copies of the Preliminary Order of Forfeiture and the Notice by regular and certified return receipt mail. Notice of Filing Service of Process – Mailing, ECF No. 27-1, p. 3-11, 15-16.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. AN HP Laptop Model 17-BY1053DX; and

2. Coolpad cell phone IMEI number 860667040759982

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___September 29___, 2023.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE